

# CITY OF SOUTH BEND

PETE BUTTIGIEG, MAYOR
OFFICE OF THE MAYOR

FOR IMMEDIATE RELEASE
March 29, 2012

## BOYKINS RESIGNS POST AS POLICE CHIEF

### Mayor Buttigieg Appoints Chuck Hurley as Interim Chief

SOUTH BEND—Mayor Pete Buttigieg accepted the resignation today of Chief of Police Darryl Boykins. The resignation takes effect tomorrow at 5:00 p.m.

"Since January, I have been aware of a federal investigation into the South Bend Police Department's practices relating to the recording of phone calls," said Mayor Buttigieg. "While my ability to speak on this matter is limited, it was clear that practices in the department were out of compliance with federal requirements."

"Now that the investigation has concluded, I am swiftly implementing a series of administrative changes in the department, which I expect to meet the requirements laid out by federal authorities. I respect Chief Boykins' decision to resign and am grateful for his years of dedicated service to our community."

Buttigieg continued, "The public safety of our residents is the top priority of this administration. We will initiate a thorough process to find a leader to move the South Bend Police Department into the future."

Mayor Buttigieg asked Chuck Hurley to serve as the interim chief of police until a permanent replacement is named. Hurley will take the oath of office on Friday.

Hurley is a graduate of South Bend Washington High School, Indiana University, and the F.B.I. National Academy. He served in the United States Marine Corps and was also the Operations Chief and Assistant Director of the University of Notre Dame's Security/Police Department. He was Chief of Police of the South Bend Police Department from 1984 to 1988 before heading to Notre Dame.

###

1400 COUNTY-CITY BUILDING · 227 W. JEFFERSON BOULEVARD · SOUTH BEND, INDIANA 46601
PHONE 574/235-9261 · FAX 574/235-9892

**EXHIBIT B**



# CITY OF SOUTH BEND
## PETE BUTTIGIEG, MAYOR
### OFFICE OF THE MAYOR

FOR IMMEDIATE RELEASE
March 30, 2012

## MAYOR BUTTIGIEG RELIEVES CHIEF BOYKINS OF DUTIES

SOUTH BEND—Mayor Pete Buttigieg relieved Chief of Police Darryl Boykins of his duties today after the chief rescinded his previous resignation.

The action takes effect at 5:00 p.m. today. Chief Boykins will be assigned the rank and status of Captain within the Police Department.

###



# CITY OF SOUTH BEND
## PETE BUTTIGIEG, MAYOR
### OFFICE OF THE MAYOR

FOR IMMEDIATE RELEASE
March 31, 2012

"This is the toughest decision I have had to make as mayor, especially given my respect for Darryl Boykins and what his achievements have meant to the community. The people of South Bend elected me to make these decisions and I believe I am doing what is best for the Police Department and the community as a whole. I understand this is a painful and difficult outcome for many people, and we all must work extra hard to ensure that there is time for listening, healing, and dialogue as we move forward."

###