Daniel H. Pfeifer
Richard W. Morgan
Jeffrey J. Stesiak
Douglas E. Sakaguchi
Jerome W. McKeever
*Board Certified Trial Advocate
Kenneth P. Fedder
of Counsel

# Pfeifer, Morgan & Stesiak
### ATTORNEYS AT LAW



Kathe J. Snodgrass
Susan M. Seagrove
Sherry A. Money
Julia I. Cuson
*Paralegals*

JUN 14 2012

CITY OF
DEPARTMENT OF LAW

June 11, 2012

RECEIVED
JUN 13 2012
OFFICE OF THE MAYOR
CITY OF SOUTH BEND

**CERTIFIED MAIL**
**Return Receipt Requested**

Indiana Political Subdivision
Risk Management Commission
311 West Washington St., Suite 300
Indianapolis, IN 46204

Pete Buttigieg, Mayor
City of South Bend
227 W. Jefferson Boulevard
South Bend, IN 46601

     RE:   Timothy Corbett

To Whom It May Concern:

     Our law firm represents Timothy Corbett relating to damages and injuries sustained as a result of the South Bend Police Department, under the direction of Chief Darryl Boykins illegally wire-tapped telephonic communications for an undetermined period of time. The claimant became aware of the illegal wire-tap when the same was disclosed on January 6, 2012.

     The purpose of this letter is to give you formal notice of this claim pursuant to Indiana Code 34-13-3-8. We contend that the damages sustained by Timothy Corbett were the result of the phone lines being illegally wire-tapped by Police Chief Boykins.

| | |
|---|---|
| INJURED PARTIES: | Timothy Corbett<br>523 E. Jefferson Boulevard<br>South Bend, IN 46617 |
| PERSONS MAKING CLAIM: | Timothy Corbett |
| DATE OF LOSS: | January 6, 2012 |
| PLACE OF LOSS: | South Bend Police Department<br>701 W. Sample Street<br>South Bend, IN 46601 |

**EXHIBIT C**

WITNESSES/NAMES OF PERSONS INVOLVED: Timothy Corbett, Steve Richmond, Dave Wells, Brian Young, Sandy Young, Diana Scott, Karen DePaepe, Darryl Boykins

## STATEMENT OF FACTS UPON WHICH CLAIM IS BASED

The claimant learned on January 6, 2012 that the South Bend Police Department, under the direction of Chief Darryl Boykins, was illegally wire-tapping telephone lines and recording certain conversations of the claimant in violation of the laws of the State of Indiana and the laws of the United States Code.

## EXTENT OF LOSS

Timothy Corbett sustained damages pursuant to State and Federal statutes. He also sustained damage to his reputation resulting in a hostile work environment.

## THE AMOUNT OF DAMAGES SOUGHT

Timothy Corbett seeks damages, for each and every violation, in an amount adequate to compensate him for his losses, as well as damages provided by State and Federal statutes; said amount sought is not to exceed the statutory limit, for each and every violation.

Please contact the undersigned upon receipt of this letter so that we may discuss this claim. I appreciate you giving this claim your immediate attention. If I do not hear from you within ninety (90) days from the date of this letter, I will presume that the claim has been denied and we will proceed with the filing of a lawsuit as allowed by the Indiana Tort Claims Act.

Respectfully submitted,

Daniel H. Pfeifer
Jeffrey J. Stesiak

JJS/sbj
cc: Timothy Corbett

Daniel H. Pfeifer*
Richard W. Morgan
Jeffrey J. Stesiak
Douglas E. Sakaguchi
Jerome W. McKeever
*Board Certified Trial Advocate
Kenneth P. Fedder
*of Counsel*

# Pfeifer, Morgan & Stesiak
### ATTORNEYS AT LAW

Susan M. Seagrove
Sherry A. Money
Julia I. Cuson
*Paralegals*

June 11, 2012

**CERTIFIED MAIL**
**Return Receipt Requested**

Indiana Political Subdivision
Risk Management Commission
311 West Washington St., Suite 300
Indianapolis, IN 46204

Pete Buttigieg, Mayor
City of South Bend
227 W. Jefferson Boulevard
South Bend, IN 46601

RE:   Steve Richmond

To Whom It May Concern:

Our law firm represents Steve Richmond relating to damages and injuries sustained as a result of the South Bend Police Department, under the direction of Chief Darryl Boykins illegally wire-tapped telephonic communications for an undetermined period of time. The claimant became aware of the illegal wire-tap when the same was disclosed on January 6, 2012.

The purpose of this letter is to give you formal notice of this claim pursuant to Indiana Code 34-13-3-8. We contend that the damages sustained by Steve Richmond were the result of the phone lines being illegally wire-tapped by Police Chief Boykins.

| | |
|---|---|
| INJURED PARTIES: | Steve Richmond<br>701 W. Sample Street<br>South Bend, IN 46601 |
| PERSONS MAKING CLAIM: | Steve Richmond |
| DATE OF LOSS: | January 6, 2012 |
| PLACE OF LOSS: | South Bend Police Department<br>701 W. Sample Street<br>South Bend, IN 46601 |

53600 North Ironwood Drive • South Bend, Indiana 46635
574.272.2870 South Bend • 574.271.4329 Fax
www.pilawyers.com

| | |
|---|---|
| WITNESSES/NAMES OF PERSONS INVOLVED: | Timothy Corbett, Steve Richmond, Dave Wells, Brian Young, Sandy Young, Diana Scott, Karen DePaepe, Darryl Boykins |

## STATEMENT OF FACTS UPON WHICH CLAIM IS BASED

The claimant learned on January 6, 2012 that the South Bend Police Department, under the direction of Chief Darryl Boykins, was illegally wire-tapping telephone lines and recording certain conversations of the claimant in violation of the laws of the State of Indiana and the laws of the United States Code.

## EXTENT OF LOSS

Steve Richmond sustained damages pursuant to State and Federal statutes. He also sustained damage to his reputation resulting in a hostile work environment.

## THE AMOUNT OF DAMAGES SOUGHT

Steve Richmond seeks damages, for each and every violation, in an amount adequate to compensate him for his losses, as well as damages provided by State and Federal statutes; said amount sought is not to exceed the statutory limit, for each and every violation.

Please contact the undersigned upon receipt of this letter so that we may discuss this claim. I appreciate you giving this claim your immediate attention. If I do not hear from you within ninety (90) days from the date of this letter, I will presume that the claim has been denied and we will proceed with the filing of a lawsuit as allowed by the Indiana Tort Claims Act.

Respectfully submitted,

Daniel H. Pfeifer
Jeffrey J. Stesiak

JJS/sbj
cc:   Steve Richmond



Daniel H. Pfeifer*
Richard W. Morgan
Jeffrey J. Stesiak
Douglas E. Sakaguchi
Jerome W. McKeever
*Board Certified Trial Advocate
Kenneth P. Fedder
of Counsel

# Pfeifer, Morgan & Stesiak
## ATTORNEYS AT LAW

Kathie Snodgrass
Susan M. Seagrove
Sherry A. Money
Julia I. Cuson
Paralegals

RECEIVED
JUN 1 4 2012
CITY OF SOUTH BEND
DEPARTMENT OF LAW

June 11, 2012

**CERTIFIED MAIL**
**Return Receipt Requested**

Indiana Political Subdivision
Risk Management Commission
311 West Washington St., Suite 300
Indianapolis, IN 46204

Pete Buttigieg, Mayor
City of South Bend
227 W. Jefferson Boulevard
South Bend, IN 46601

RECEIVED
JUN 1 3 2012
OFFICE OF THE MAYOR
CITY OF SOUTHBEND

RE:   Brian Young & Sandy Young

To Whom It May Concern:

Our law firm represents Brian Young & Sandy Young relating to damages and injuries sustained as a result of the South Bend Police Department, under the direction of Chief Darryl Boykins illegally wire-tapped telephonic communications for an undetermined period of time. The claimants became aware of the illegal wire-tap when the same was disclosed on January 6, 2012.

The purpose of this letter is to give you formal notice of this claim pursuant to Indiana Code 34-13-3-8. We contend that the damages sustained by Brian Young & Sandy Young were the result of the phone lines being illegally wire-tapped by Police Chief Boykins.

|  |  |
|---|---|
| INJURED PARTIES: | Brian Young & Sandy Young<br>701 W. Sample Street<br>South Bend, IN 46601 |
| PERSONS MAKING CLAIM: | Brian Young & Sandy Young |
| DATE OF LOSS: | January 6, 2012 |
| PLACE OF LOSS: | South Bend Police Department<br>701 W. Sample Street<br>South Bend, IN 46601 |

53600 North Ironwood Drive • South Bend, Indiana 46635
574.272.2870 South Bend • 574.271.4329 Fax
www.pilawyers.com

| | |
|---|---|
| WITNESSES/NAMES OF PERSONS INVOLVED: | Timothy Corbett, Steve Richmond, Dave Wells, Brian Young, Sandy Young, Diana Scott, Karen DePaepe, Darryl Boykins |

## STATEMENT OF FACTS UPON WHICH CLAIM IS BASED

The claimant learned on January 6, 2012 that the South Bend Police Department, under the direction of Chief Darryl Boykins, was illegally wire-tapping telephone lines and recording certain conversations of the claimant in violation of the laws of the State of Indiana and the laws of the United States Code.

## EXTENT OF LOSS

Brian Young sustained damages pursuant to State and Federal statutes. He also sustained damage to his reputation resulting in a hostile work environment.

Sandy Young sustained damages, including invasion of her privacy.

## THE AMOUNT OF DAMAGES SOUGHT

Brian Young and Sandy Young seek damages, for each and every violation, in an amount adequate to compensate them for their losses, as well as damages provided by State and Federal statutes; said amount sought is not to exceed the statutory limit, for each and every violation.

Please contact the undersigned upon receipt of this letter so that we may discuss this claim. I appreciate you giving this claim your immediate attention. If I do not hear from you within ninety (90) days from the date of this letter, I will presume that the claim has been denied and we will proceed with the filing of a lawsuit as allowed by the Indiana Tort Claims Act.

Respectfully submitted,

*[signature]*

Daniel H. Pfeifer
Jeffrey J. Stesiak

JJS/sbj
cc: Brian Young & Sandy Young

Daniel H. Pfeifer*
Richard W. Morgan
Jeffrey J. Stesiak
Douglas E. Sakaguchi
Jerome W. McKeever
*Board Certified Trial Advocate
Kenneth P. Fedder
of Counsel

Susan M. Seagrove
Sherry A. Money
Julia I. Cuson
Paralegals

# Pfeifer, Morgan & Stesiak



RECEIVED JUN 14 2012 CITY OF SOUTH BEND DEPARTMENT OF LAW

June 11, 2012

**CERTIFIED MAIL**
**Return Receipt Requested**

Indiana Political Subdivision
Risk Management Commission
311 West Washington St., Suite 300
Indianapolis, IN 46204

Pete Buttigieg, Mayor
City of South Bend
227 W. Jefferson Boulevard
South Bend, IN 46601

RECEIVED JUN 13 2012 OFFICE OF THE MAYOR CITY OF SOUTH BEND

RE:   Dave Wells

To Whom It May Concern:

Our law firm represents Dave Wells relating to damages and injuries sustained as a result of the South Bend Police Department, under the direction of Chief Darryl Boykins illegally wire-tapped telephonic communications for an undetermined period of time. The claimant became aware of the illegal wire-tap when the same was disclosed on January 6, 2012.

The purpose of this letter is to give you formal notice of this claim pursuant to Indiana Code 34-13-3-8. We contend that the damages sustained by Dave Wells were the result of the phone lines being illegally wire-tapped by Police Chief Boykins.

| | |
|---|---|
| INJURED PARTIES: | Dave Wells<br>523 E. Jefferson Boulevard<br>South Bend, IN 46617 |
| PERSONS MAKING CLAIM: | Dave Wells |
| DATE OF LOSS: | January 6, 2012 |
| PLACE OF LOSS: | South Bend Police Department<br>701 W. Sample Street<br>South Bend, IN 46601 |

WITNESSES/NAMES OF PERSONS INVOLVED: Timothy Corbett, Steve Richmond, Dave Wells, Brian Young, Sandy Young, Diana Scott, Karen DePaepe, Darryl Boykins

## STATEMENT OF FACTS UPON WHICH CLAIM IS BASED

The claimant learned on January 6, 2012 that the South Bend Police Department, under the direction of Chief Darryl Boykins, was illegally wire-tapping telephone lines and recording certain conversations of the claimant in violation of the laws of the State of Indiana and the laws of the United States Code.

## EXTENT OF LOSS

Dave Wells sustained damages pursuant to State and Federal statutes. He also sustained damage to his reputation resulting in a hostile work environment.

## THE AMOUNT OF DAMAGES SOUGHT

Dave Wells seeks damages, for each and every violation, in an amount adequate to compensate him for his losses, as well as damages provided by State and Federal statutes; said amount sought is not to exceed the statutory limit, for each and every violation.

Please contact the undersigned upon receipt of this letter so that we may discuss this claim. I appreciate you giving this claim your immediate attention. If I do not hear from you within ninety (90) days from the date of this letter, I will presume that the claim has been denied and we will proceed with the filing of a lawsuit as allowed by the Indiana Tort Claims Act.

Respectfully submitted,

Daniel H. Pfeifer
Jeffrey J. Stesiak

JJS/sbj
cc:   Dave Wells