AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of Indiana

| | | |
|---|---|---|
| CITY OF SOUTH BEND, BY ITS CORPORATION COUNSEL ALADEAN DEROSE | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. |
| UNITED STATES OF AMERICA, ET AL. | ) | |
| Defendant | ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*

Attorney General Eric H. Holder, Jr.
In his Official Capacity as Attorney General of the U.S.
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Edward A. Sullivan, II (17577-71) / J.P. Hanlon (21230-71), FAEGRE BAKER DANIELS LLP, 202 South Michigan Street, Suite 1400, South Bend, IN 46601

Aladean DeRose (4495-71), City Attorney, 227 West Jefferson Blvd., Suite 1400, South Bend, IN 46601

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Robert N. Trgovich*
Name of clerk of court

Date: 8/30/2012

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of Indiana

| | | |
|---|---|---|
| CITY OF SOUTH BEND, BY ITS CORPORATION COUNSEL ALADEAN DEROSE | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 3:12CV 475 |
| UNITED STATES OF AMERICA, ET AL. | ) | |
| Defendant | ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*

United States of America
c/o David A. Capp, United States Attorney
Northern District of Indiana
204 S. Main Street, Room M0-1
South Bend, IN  46601

A lawsuit has been filed against you.

   Within  21  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Edward A. Sullivan, II (17577-71) / J.P. Hanlon (21230-71), FAEGRE BAKER DANIELS LLP, 202 South Michigan Street, Suite 1400, South Bend, IN  46601

Aladean DeRose (4495-71), City Attorney, 227 West Jefferson Blvd., Suite 1400, South Bend, IN  46601

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 8/30/2012

_____
Name of clerk of court

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*