FILED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
_____ DIVISION

12 AUG 30 PM 2: 55

| | |
|---|---|
| CITY OF SOUTH BEND, BY ITS CORPORATION COUNSEL ALADEAN M. DEROSE, <br><br> Petitioner, <br><br> vs. <br><br> UNITED STATES OF AMERICA, ERIC H. HOLDER, JR., IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES, SOUTH BEND COMMON COUNCIL, TIM CORBETT, DAVE WELLS, STEVE RICHMOND, BRIAN YOUNG, AND SANDY YOUNG. <br><br> Respondents. | CAUSE NO: 3:12CV 475 |

## CORPORATE DISCLOSURE

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the petitioner, the City of South Bend, by its Corporation Counsel Aladean DeRose ("South Bend"), states that South Bend is a municipal corporation and therefore no publicly-held company or investment fund holds an ownership interest in South Bend.

Respectfully Submitted,

Edward A. Sullivan, III (17577-71)
J.P. Hanlon (21230-71)
FAEGRE BAKER DANIELS LLP
202 S. Michigan St., Suite 1400
South Bend, Indiana 46601
Phone: 574.234.4149
Facsimile: 574.239.1900

Aladean DeRose (4495-71)
City Attorney
227 West Jefferson Blvd., Suite 1400

BDDB01 9431612v1

South Bend, Indiana 46601
Phone:  574.235.9241
Facsimile:  574.235.7670

Counsel for the petitioner, City of South Bend

BDDB01 9431612v1