AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of Indiana

CITY OF SOUTH BEND, BY ITS CORPORATION COUNSEL ALADEAN DEROSE )
)
Plaintiff )
v. ) Civil Action No.
UNITED STATES OF AMERICA, ET AL. )
)
Defendant )

## Summons in a Civil Action

To: *(Defendant's name and address)*

Attorney General Eric H. Holder, Jr.
In his Official Capacity as Attorney General of the U.S.
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Edward A. Sullivan, II (17577-71) / J.P. Hanlon (21230-71), FAEGRE BAKER DANIELS LLP, 202 South Michigan Street, Suite 1400, South Bend, IN 46601

Aladean DeRose (4495-71), City Attorney, 227 West Jefferson Blvd., Suite 1400, South Bend, IN 46601

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __8/30/2012__

_____
Name of clerk of court

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

2. Article Number

`7160 3901 9848 4986 5536`

3. Service Type   **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

1. Article Addressed to:

Eric Holder, Jr.
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
US

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature
X _____   ☐ Agent
                  ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

370201.000003-10184 Sullivan III, Edward -

CERT00059212

PS Form 3811, January 2005         Domestic Return Receipt

USDC IN/ND case 3:12-cv-00475-JVB-MGG   document 11   filed 09/13/12   page 3 of 3

English | Customer Service | USPS Mobile | Register / Sign In

**USPS.COM**

Search USPS.com or Track Package

Quick Tools | Ship a Package | Send Mail | Manage Your Mail | Shop | Business Solutions

# Track & Confirm

GET EMAIL UPDATES   PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 71603901984849865536 | First-Class Mail® | Delivered | September 05, 2012, 10:50 am | WASHINGTON, DC 20530 | Expected Delivery By: September 4, 2012 Certified Mail™ Return Receipt |
| | | Notice Left (No Authorized Recipient Available) | September 05, 2012, 10:47 am | WASHINGTON, DC 20530 | |
| | | Arrival at Unit | September 05, 2012, 8:37 am | WASHINGTON, DC 20018 | |
| | | Dispatched to Sort Facility | August 31, 2012, 4:37 am | SOUTH BEND, IN 46615 | |
| | | Acceptance | August 30, 2012, 6:21 pm | SOUTH BEND, IN 46615 | |

**Check on Another Item**

What's your label (or receipt) number?

Find

---

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2012 USPS. All Rights Reserved.