RECEIVED

AUG 0 9 2012

**CITY OF SOUTH BEND - SOUTH BEND POLICE DEPARTMENT**
**ACCESS TO PUBLIC RECORDS REQUEST**

OFFICE OF THE MAYOR
NAME OF REQUESTING PARTY _Kelli Stopczynski WSBT-TV_

ADDRESS OF REQUESTING PARTY _1301 E. Douglas Rd. Mishawaka, IN_

PHONE NUMBER _276.5802_ DATE OF REQUEST _8/9/12_ TIME _1:05 pm_

SIGNATURE OF REQUESTING PARTY _Kelli Stopczynski_

INFORMATION REQUESTED: (Please be specific. Use back of this form if additional space is needed.)

_All recorded phone conversations from Darryl Boykins'_
_office phone line from January 2010 - March 2012 when he_
_served as the Chief of Police. According to Indiana's_
_Public Access Counselor, IC 5-14-3-6, this information_
_should legally be released._

Requesting party requests _____ to inspect or _X_ to buy copies (Check One) of the information being requested.

DEPARTMENT HAVING INFORMATION REQUESTED (If known): _SBPD_

**ALL DECISIONS AS TO DISCLOSABILITY MUST BE MADE AND THE REQUESTING PARTY**
**ADVISED OF SAME WITHIN 24 HOURS AFTER THE REQUEST IS RECEIVED.**

---

## INTER OFFICE USE ONLY

Employee Handling Request: _____

Open Case:   Yes _____    No _____    N/A _____

DECISION BY CITY ATTORNEY'S OFFICE:

INFORMATION DISCLOSABLE: _X Except as below_
INFORMATION NONDISCLOSABLE: _X Crime investigation, personnel, personal, lawyer, or other_
ATTORNEY COMMENTS: _records otherwise non-disclosable._

SIGNATURE OF CITY ATTORNEY: _____

DATE OF DECISION: _8/9/12_

---

Informed Requesting Party that information is:
_____ DISCRETIONARY DISCLOSURE        _____ NONDISCLOSABLE

Date: _____        Signature: _____

EXHIBIT B

# CITY OF SOUTH BEND
## ACCESS TO PUBLIC RECORDS REQUEST

NAME OF REQUESTING PARTY _Brandon Lewis - WNDU-TV_

ADDRESS OF REQUESTING PARTY _54516 State Road 933, South Bend, IN 46637_

PHONE NUMBER _574 284 3030_  DATE OF REQUEST _4/2/2012_  TIME _1100 am_

SIGNATURE OF REQUESTING PARTY _____

INFORMATION REQUESTED: (Please be specific.  Use back of this form if additional space is needed.)

_See attached_

Requesting party requests __✗__ to inspect or __✗__ to buy copies (Check One) of the information being requested.

DEPARTMENT HAVING INFORMATION REQUESTED (If known): _____

### ALL DECISIONS AS TO DISCLOSABILITY MUST BE MADE AND THE REQUESTING PARTY ADVISED OF SAME WITHIN 24 HOURS AFTER THE REQUEST IS RECEIVED.

## INTER OFFICE USE ONLY

Name of Employee Handling Request: _____  Date: _____

Department: _____

DECISION BY CITY ATTORNEY'S OFFICE:

INFORMATION DISCLOSABLE: _____  I.C. 5-14-3-4(a)(3)
INFORMATION NONDISCLOSABLE: ✓
ATTORNEY COMMENTS: _Recordings are required to be kept confidential under federal law_

SIGNATURE OF CITY ATTORNEY: _Ann Carol Nash for Aladean DeRose_

DATE OF DECISION: _4-2-12_

Informed Requesting Party that information is:
_____ DISCRETIONARY DISCLOSURE          _____ NONDISCLOSABLE

Date: _____  Signature: _____

RECEIVED
APR 03 2012
CITY OF SOUTH BEND
DEPARTMENT OF LAW

Brandon Lewis
WNDU-TV
54516 State Road 933
South Bend, Indiana 46637
574-284-3030
Brandon.Lewis@wndu.com

April 2, 2012

City of South Bend – Legal Department
227 West Jefferson Street, Suite 1400 N
South Bend, Indiana 46601

**FOIA REQUEST**
**Expedited processing requested**

Dear FOIA Officer:

Pursuant to the state open records act, I request access to and copies of the following, which were the subject of a recently concluded federal investigation into the South Bend Police Department:

- Telephone recordings made by members of the South Bend Police Department
- Telephone recordings involving Metro Homicide Commander Tim Corbett
- Telephone recordings involving Darryl Boykins
- Written and electronic communication to/from Mayor Peter Buttigieg, Darryl Boykins, Tim Corbett and other involved employees of the City of South Bend regarding investigation
- Information explaining when the investigation was initiated

I would like to receive the information in the following format: electronic.

Please waive any applicable fees. Release of the information is in the public interest because it will contribute significantly to public understanding of government operations and activities. If my request is denied in whole or part, I ask that you justify all deletions by reference to specific exemptions of the act. I will also expect you to release all segregable portions of otherwise exempt material. I, of course, reserve the right to appeal your decision to withhold any information or to deny a waiver of fees.

As I am making this request as a journalist and this information is of timely value, I would appreciate your communicating with me by telephone, rather than by mail, if you have questions regarding this request.

Please provide expedited processing of this request which concerns a matter of urgency. As a journalist, I am primarily engaged in disseminating information. The public has an urgent need for

information about the recordings because this is an ongoing newsworthy event involving a public figure.

If my request is denied in whole or part, I ask that you justify all deletions by reference to specific exemptions of the act.

Thank you for your assistance.

Sincerely,

Brandon Lewis

# CITY OF SOUTH BEND
## ACCESS TO PUBLIC RECORDS REQUEST

NAME OF REQUESTING PARTY  Kevin Allen (S.B. Tribune)

ADDRESS OF REQUESTING PARTY  225 W. Colfax Ave., SB, IN 46626

PHONE NUMBER  235-6244  DATE OF REQUEST  May 31, 2012  TIME  7:30 pm

SIGNATURE OF REQUESTING PARTY  K. Allen

INFORMATION REQUESTED: (Please be specific. Use back of this form if additional space is needed.)

I want copies of the recordings contained on the 5 tapes referenced in U.S. Attorney David Capp's letter, dated May 31, to Aladean DeRose. In light of the U.S. attorney's statement that the obligations imposed by the subpoena of those tapes have been released, the tapes should be released.

Requesting party requests _____ to inspect or __✓__ to buy copies (Check One) of the information being requested.

DEPARTMENT HAVING INFORMATION REQUESTED (If known): _____

ALL DECISIONS AS TO DISCLOSABILITY MUST BE MADE AND THE REQUESTING PARTY ADVISED OF SAME WITHIN 24 HOURS AFTER THE REQUEST IS RECEIVED.

## INTER OFFICE USE ONLY

Name of Employee Handling Request: _____  Date: _____

Department: _____

DECISION BY CITY ATTORNEY'S OFFICE:

INFORMATION DISCLOSABLE: _____
INFORMATION NONDISCLOSABLE:  __X__  Federal Law Prohibits
ATTORNEY COMMENTS: _____

SIGNATURE OF CITY ATTORNEY: Aladean DeRose

DATE OF DECISION: 5-31-12

Informed Requesting Party that information is:
_____ DISCRETIONARY DISCLOSURE          _____ NONDISCLOSABLE

Date: _____  Signature: _____

# CITY OF SOUTH BEND
## ACCESS TO PUBLIC RECORDS REQUEST

NAME OF REQUESTING PARTY _Aaron Ramey & Jason Aubry_

ADDRESS OF REQUESTING PARTY _53550 Generations Dr. South Bend, IN 46635_

PHONE NUMBER _574.344.5085_ DATE OF REQUEST _5/31/12_ TIME _4:40pm_

SIGNATURE OF REQUESTING PARTY _____

INFORMATION REQUESTED: (Please be specific. Use back of this form if additional space is needed.)

_Please See attached._

_____

_____

_____

_____

_____

_____

Requesting party requests _____ to inspect or _____ to buy copies (Check One) of the information being requested.

DEPARTMENT HAVING INFORMATION REQUESTED (If known): _____

ALL DECISIONS AS TO DISCLOSABILITY MUST BE MADE AND THE REQUESTING PARTY
ADVISED OF SAME WITHIN 24 HOURS AFTER THE REQUEST IS RECEIVED.

## INTER OFFICE USE ONLY

Name of Employee Handling Request: _____   Date:_____

Department: _____

DECISION BY CITY ATTORNEY'S OFFICE: _____

INFORMATION DISCLOSABLE:          _____
INFORMATION NONDISCLOSABLE:     _____
ATTORNEY COMMENTS: _____

SIGNATURE OF CITY ATTORNEY: _____

DATE OF DECISION: _____

Informed Requesting Party that information is:
_____ DISCRETIONARY DISCLOSURE            _____ NONDISCLOSABLE

Date: _____          Signature: _____



Aladean M. DeRose                                          May 31, 2012
City Attorney, A.I.
City of South Bend
Department of Law
1400 County-City Building
227 W. Jefferson Boulevard
South Bend, IN 46601-1830

Dear Ms. DeRose:

Today, ABC57 News obtained a letter written by United States Attorney David Capp which states the federal investigation into the recordings of South Bend Police Department phone lines is concluded and closed. The letter also states that, in the opinion of the U.S. Department of Justice, "no federal prosecution is warranted."

The letter specifies that "...certain conversations from that line (a telephone line of a detective in the SBPD detective bureau) were placed on five cassette tapes."

Now that the federal investigation has concluded in an opinion that no laws were broken, a claim by the City of South Bend and Mayor Pete Buttigieg that it would be illegal to provide ABC57 News with the recordings is rendered baseless.

The recordings are a public record, as defined by the Indiana Access to Public Records Act (APRA). Additionally, based on the ruling by the U.S. Attorney, the recordings are not exempt from disclosure under the confidential by federal law exemption.

Therefore, I respectfully resubmit our request for access to the recordings in question under the Indiana Access to Public Record Act.

Sincerely,

Aaron Ramey
News Director
ABC 57 News
574.344.5085
aramey@abc57.com

ABC57              53550 Generations Drive          South Bend, IN 46635