IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| CITY OF SOUTH BEND, BY ITS | ) |
| CORPORATION COUNSEL | ) |
| ALADEAN M. DEROSE | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| ERIC H. HOLDER, JR.IN HIS | ) |
| OFFICIAL CAPACITY AS ATTORNEY | ) |
| GENERAL OF THE UNITED STATES, | ) |
| SOUTH BEND COMMON | ) |
| COUNCIL, TIM CORBETT, | ) |
| DAVE WELLS, STEVE RICHMOND, | ) |
| BRIAN YOUNG and SANDY YOUNG, | ) |
| | ) |
| Respondents. | ) |

## CONCURRENCE TO CITY'S MOTION TO CONOLIDATE

Petitioner City of South Bend has moved [Docket # 37] to consolidate this case with

*Young v. City of South Bend,* 3:12-cv-532 JVB-CAN.  This response gives notice that

Respondents Wells, Corbett, Richmond, and Mr. & Mrs. Young have no objection to the City's

Motion and fully concur with it.

Respectfully submitted,


/s/ Jeffrey S. McQuary, 16791-49
BROWN TOMPKINS LORY
608 East Market Street
Indianapolis, IN 46202
Telephone: (317) 631-6866

One of Plaintiffs' Attorneys

## <u>CERTIFICATE OF SERVICE</u>

I certify that the foregoing was filed on November 27, 2012 A.D. using the Court's

CM/ECF system and is available to all counsel of record using the same.


<u>/s/ Jeffrey S. McQuary,</u> 16791-49

BROWN TOMPKINS LORY
608 East Market Street
Indianapolis, IN 46202
Telephone: (317) 631-6866
Facsimile: (317) 685-2329
jmcquary@btlmlaw.com