UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| **CITY OF SOUTH BEND, BY ITS CORPORATION COUNSEL ALADEAN M. DEROSE,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | Case No.  3:12CV475 |
| **UNITED STATES OF AMERICA, ERIC H. HOLDER, JR., IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES, SOUTH BEND COMMON COUNCIL, TIM CORBETT, DAVE WELLS, STEVE RICHMOND, BRIAN YOUNG, AND SANDY YOUNG,** | ) ) ) ) ) ) ) ) ) | |
| **Defendants.** | ) ) | |

**NOTICE OF DISMISSAL OF DEFENDANTS UNITED STATES OF AMERICA AND ERIC H. HOLDER, JR., IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff City of South Bend, By Its

Corporation Counsel Aladean M. Derose dismisses defendants United States of America and

Eric H. Holder, Jr., in his official capacity as Attorney General of the United States as parties in this case.

        Respectfully submitted,

        <u>/s/ Edward A. Sullivan, III</u>
        Edward A. Sullivan, III (17577-71)
        J.P. Hanlon (21230-71)
        FAEGRE BAKER DANIELS LLP
        202 South Michigan Street, Suite 1400
        South Bend, Indiana  46601
        Phone:  574.234.4149
        Facsimile:  574.235.7670

        *Counsel for the petitioner, City of South Bend*

## CERTIFICATE OF SERVICE

I certify that on this 6th day of December 2012, I electronically filed the foregoing Notice of Dismissal of Defendants United States of America and Eric H. Holder, Jr., in His Official Capacity as Attorney General of the United States using the CM/ECF system which sent notification of such filing to all counsel of record.

/s/ Edward A. Sullivan, III
Edward A. Sullivan, III