| | |
|---|---|
| City of South Bend,<br><br>  Plaintiff,<br><br>    v.<br><br>Eric H. Holder, Jr., in his official capacity<br>as Attorney General, et al.,<br><br>  Defendants. | Case No. 3:12-CV-475 JVB |

# ORDER

Plaintiff filed a notice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) of dismissing Defendants United States of America and Eric H. Holder, Jr., in his official capacity as Attorney General of the United States. Accordingly, the Clerk is ordered to note the docket that the above-named defendants have been dismissed from this case.

SO ORDERED on December 27, 2012.

                S/ Joseph S. Van Bokkelen
                JOSEPH S. VAN BOKKELEN
                UNITED STATES DISTRICT JUDGE