UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| CITY OF SOUTH BEND, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SOUTH BEND COMMON COUNCIL, *et al.*, )<br>)<br>Defendants. ) | CAUSE NO. 3:12-cv-475-JVB-CAN |

**ORDER**

On January 17, 2013, this Court issued an order consolidating Cause No. 3:12-cv-532-JVB-CAN ("the 532 case") into this action ("the 475 case"). In its order, the Court ordered the parties to make all filings in the 475 case only. Doc. No. 52 at 4. Despite this order, the parties have continued to make filings in the 532 case. Specifically, on July 2, 2013, Plaintiff, City of South Bend, and Defendants, Brian Young, Sandy Young, Timothy Corbett, David Wells, and Steve Richmond, filed their "Joint Motion for Entry of Protective Order" in the 532 case. After being informed by court staff of the filing error, the same parties filed their "Joint Motion for Entry of Protective Order" in the 475 case on July 8, 2013.

The motion for protective order, however, was titled "Joint Motion," implying to the Court that all parties had agreed to the motion. As a result, the Court assumed that no parties objected to the protective order and truncated the response period by issuing an order granting the motion for protective order on July 8, 2013. The Court learned that there are objections to the motion by a phone call to the undersigned's chambers from counsel for an objecting party on July 9, 2013. Because the Court is now aware that at least one party objects, the Court now **VACATES** its July 8th order [Doc. No. 64] and allows any party to file a response brief in

opposition to the motion for protective order filed in the 475 case.  Response briefs must be filed by **July 22, 2013**, which is fourteen days after the motion was properly filed in the 475 case, in compliance with N.D. Ind. L.R. 7-1(d)(2)(A).

The parties are **ADVISED** to comply with this Court's consolidation order and make future filings only in the 475 case.

**SO ORDERED.**

Dated this 9th day of July, 2013.

 S/Christopher A. Nuechterlein
Christopher A. Nuechterlein
United States Magistrate Judge