1

2

3

4

5

6

7

8

9

10

11

12

13

14     PAGE 122 HAS BEEN DESIGNATED

15      ATTORNEYS' EYES ONLY

16

17

18

19

20

21

22

23

24

25

**EXHIBIT**

Z

133

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15                    PAGE 133 HAS BEEN DESIGNATED

16                       ATTORNEYS' EYES ONLY

17

18

19

20

21

22

23

24

25