UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| CITY OF SOUTH BEND,<br>    Plaintiff,<br>vs.<br>SOUTH BEND COMMON COUNCIL, TIM CORBETT, DAVE WELLS, STEVE RICHMOND, BRIAN YOUNG, and SANDY YOUNG,<br>    Defendants.<br>---------------------------------<br>BRIAN YOUNG, SANDY YOUNG, TIMOTHY CORBETT, DAVID WELLS, and STEVE RICHMOND,<br>    Plaintiffs,<br>vs<br>THE CITY OF SOUTH BEND Acting through its Police Department, DARRYL BOYKINS, Individually and in his Official Capacity as Chief of Police, KAREN DePAEPE, and SCOTT DUERRING,<br>    Defendants. | Case No.<br>3:12-CV-475 |

The Videotaped Deposition of DARRYL BOYKINS

Date:    Monday, April 15, 2013

Time:    9:12 a.m.

Place:    Pfeifer, Morgan & Stesiak
           53600 North Ironwood Drive
           South Bend, Indiana 46635

Called as a witness by the Defendants/Plaintiffs in accordance with the Federal Rules of Civil Procedure for the United States District Court, Northern District of Indiana, South Bend Division, pursuant to Notice.

Reported by
Angela J. Galipeau, RPR, CSR
Notary Public, State of Indiana

Exhibit A

Darryl Boykins



Page 53

5 Q. Once you realized that his phone was being recorded and it
6 was not the line that should have been recorded, did you
7 go and tell him that, hey, your line's been recorded and
8 it shouldn't have been recorded, we'll stop if you want us
9 to?
10 A. No.

Page 54

April 15, 2013



Page 79

15 Q. At any point in time, did you ever tell Brian Young that
16 his phone line bearing the phone number 235-6031 was being
17 recorded?
18 A. No. He came down to my office and talked about it, and it

Page 124



```
19  Q. After you got back to your office after talking to Karen
20     DePaepe and she relayed some of the conversations you
21     heard, did you take any actions related to what you
22     learned that are called for under Exhibit 4?
23  A. No.
24  Q. After thinking about the situation, what did you
25     ultimately do?
```

Darryl Boykins



Page 125

1  A. Well, I basically did nothing at the point. I didn't -- I
2  looked at it. I listened to it, but I did nothing.

Page 126

10 Q. Okay. Once the mistake was learned, was there anything
11     done to correct the mistake and stop the recording?
12 A. Not right then. But, yes, we was getting a new VoIP
13     system, and I had put in for a change. That was going to
14     be corrected.

```
            UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF INDIANA
                  SOUTH BEND DIVISION
```

| | |
|---|---|
| CITY OF SOUTH BEND,<br>        Plaintiff,<br>   vs<br><br>SOUTH BEND COMMON COUNCIL, TIM<br>CORBETT, DAVE WELLS, STEVE<br>RICHMOND, BRIAN YOUNG, and SANDY<br>YOUNG,<br>        Defendants.<br>---------------------------------<br>BRIAN YOUNG, SANDY YOUNG,<br>TIMOTHY CORBETT, DAVID WELLS,<br>and STEVE RICHMOND,<br>        Plaintiffs,<br>   vs<br><br>THE CITY OF SOUTH BEND Acting<br>through its Police Department,<br>DARRYL BOYKINS, Individually and<br>in his Official Capacity as<br>Chief of Police, KAREN DePAEPE,<br>and SCOTT DUERRING,<br>        Defendants.<br>--------------------------------- | Case No.<br>3:12-CV-475 |

        The Videotaped Deposition of PHILLIP TRENT

        Date:        Tuesday, June 18, 2013

        Time:        2:37 p.m.

        Place:       Pfeifer, Morgan & Stesiak
                       53600 North Ironwood Drive
                       South Bend, Indiana 46635

 Called as a witness by the Defendants/Plaintiffs
 in accordance with the Federal Rules of Civil
 Procedure for the United States District
 Court, Northern District of Indiana, South Bend
 Division, pursuant to Notice.

Reported by
Angela J. Galipeau, RPR, CSR
Notary Public, State of Indiana
             MIDWEST REPORTING, INC.
              1448 Lincolnway East
             South Bend, Indiana 46613
               (574) 288-4242

17

```
 1        either information that Gary gave to you or Diana Scott
 2        gave to you that the 245-6031 number was the former
 3        division chief's number, but was now the captain's number?
 4   A.   Yes.
 5   Q.   Okay.  And you knew the captain was Brian Young?
 6   A.   Yes.
 7   Q.   Okay.  After that meeting, it's my understanding that
 8        within about 20 minutes you went and had a conversation
 9        with Brian about the fact that 245-6031, his number, was a
10        line that was being recorded, correct?
11   A.   Correct.
12   Q.   Do you remember what he said to you in terms of I know
13        it's being recorded, I didn't know that it was being
14        recorded, or what his reaction was to what you said?
15   A.   I recall telling -- I recall asking him if he knew his
16        number was being recorded.
17   Q.   And his response?
18   A.   A puzzled no, sort of questioning, sort of, you know, no
19        and -- no with a connotation of what are you talking
20        about.
21   Q.   Okay.  Take us through what happens next as you're having
22        this conversation.  What's the next thing that's said?
23   A.   I asked him if he wanted it recorded, if there was any
24        reason his line specifically, if he knew why his line was
25        being recorded.  And, again, he said no.  And then I asked
```

```
              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF INDIANA
                   SOUTH BEND DIVISION

CITY OF SOUTH BEND,                    )
              Plaintiff,               )
     vs                                )
                                       )
SOUTH BEND COMMON COUNCIL, TIM         )
CORBETT, DAVE WELLS, STEVE             )
RICHMOND, BRIAN YOUNG, and SANDY       )   Case No.
YOUNG,                                 )   3:12-CV-475
              Defendants.              )
---------------------------------      )
BRIAN YOUNG, SANDY YOUNG,              )
TIMOTHY CORBETT, DAVID WELLS,          )
and STEVE RICHMOND,                    )
              Plaintiffs,              )
     vs                                )
                                       )
THE CITY OF SOUTH BEND Acting          )
through its Police Department,         )
DARRYL BOYKINS, Individually and       )
in his Official Capacity as            )
Chief of Police, KAREN DePAEPE,        )
and SCOTT DUERRING,                    )
              Defendants.              )
---------------------------------      )
```

         The Videotaped Deposition of DIANA SCOTT

         Date:       Thursday, June 20, 2013

         Time:       10:11 a.m.

         Place:      Pfeifer, Morgan & Stesiak
                     53600 North Ironwood Drive
                     South Bend, Indiana 46635

   Called as a witness by the Defendants/Plaintiffs
   in accordance with the Federal Rules of Civil
   Procedure for the United States District
   Court, Northern District of Indiana, South Bend
   Division, pursuant to Notice.

Reported by
Angela J. Galipeau, RPR, CSR
Notary Public, State of Indiana
              MIDWEST REPORTING, INC.
                 1448 Lincolnway East
               South Bend, Indiana 46613
                    (574) 288-4242

USDC IN/ND case 3:12-cv-00475-JVB-MGG   document 74-1   filed 08/05/13   page 10 of 10

94

1  ████████████████████████████████████████
2  ████████████████████████████████████████
3  ████████████████████████████████████████
4  ██████████
5  ████████████████████████████████████████
6  ████████████████████████████████████████
7  ████████████████████████████████████████
8  ██████████
9  ██████████████████
10 ████████████████████████████████████████
11 ████████████████████████████████████████
12 ██████████████████████████████████
13 ████
14 ██████████████████████████

15  A.   During the meeting, Captain Trent got up after the
16       question was asked if Captain Young was aware that his
17       line was recorded.  We were in a conference room that was
18       kitty-corner to Captain Young's office.  He walked out of
19       the meeting and into Captain Young's office.  At the
20       conclusion of the meeting, I was approached by Captain
21       Young or Captain-- I'm sorry, Captain Trent in the
22       hallway.  And he said, "Yeah, he didn't know the line was
23       recorded.  We need to get that turned off like yesterday."
24  ████████████████████████████████████████
25  ████████████████████████████████████████