UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| CITY OF SOUTH BEND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| SOUTH BEND COMMON COUNCIL, | ) | CASE NO. 3:12-CV-475 |
| TIM CORBETT, DAVE WELLS, | ) | |
| STEVE RICHMOND, BRIAN YOUNG, | ) | |
| and SANDY YOUNG | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| BRIAN YOUNG, SANDY YOUNG, | ) | |
| TIMOTHY CORBETT, DAVID WELLS, | ) | |
| and STEVE RICHMOND, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | CASE NO. 3:12-CV-532 |
| THE CITY OF SOUTH BEND Acting | ) | |
| through its Police Department, DARRYL | ) | |
| BOYKINS, Individually and in his Official | ) | |
| Capacity as Chief of Police, KAREN | ) | |
| DEPAEPE, and SCOTT DUERRING, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION TO DISMISS CLAIM

COME NOW the Plaintiffs, by counsel, and defendant Darryl Boykins, Individually, by counsel, and pursuant to Fed. R. Civ. P. 41(a) and stipulate that this action should be dismissed with prejudice as to the claims of the Plaintiffs against Darryl Boykins, Individually, and the counter claim of Darryl Boykins against the Plaintiffs.

WHEREFORE, the above parties request an order of this Court dismissing this action with prejudice as to the claims of the Plaintiffs against Darryl Boykins, Individually and the

counter claim of Darryl Boykins against the Plaintiffs only, and for all other just and proper relief.

| | |
|---|---|
| /s/ Daniel H. Pfeifer | /s/ Thomas M. Dixon |
| Daniel H. Pfeifer (5720-71) | Thomas M. Dixon (18611-71) |
| Attorney for Plaintiffs | Attorney for Darryl Boykins |
| PFEIFER, MORGAN & STESIAK | Dixon, Wright & Associates, P.C. |
| 53600 North Ironwood Drive | 55255 Birchwood Court |
| South Bend, Indiana  46635 | Osceola, IN 46561 |
| Telephone:  (574) 272-2870 | Telephone: (574) 315-6455 |