UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| CITY OF SOUTH BEND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 3:12-cv-475 |
| | ) | |
| SOUTH BEND COMMON COUNCIL, *ET AL.*, | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| BRIAN YOUNG, SANDY YOUNG TIMOTHY CORBETT, DAVID WELLS, and STEVE RICHMOND | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Cause No. 3:12-cv-532 JVB-CAN |
| | ) | |
| THE CITY OF SOUTH BEND, Acting Through its Police Department, DARRYL BOYKINS, Individually and in his Official Capacity as Chief of Police, KAREN DEPAEPE, and SCOTT DUERRING, | ) | |
| | ) | |
| Defendants. | ) | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiffs Brian Young, Sandy Young, Timothy Corbett, David Wells and Steve Richmond, by counsel, and Defendants City of South Bend and Darryl Boykins in his Official Capacity, by counsel, pursuant to Fed. R. Civ. P. 41(a), hereby stipulate, pursuant to the settlement reached between the parties, to the dismissal of the claims in *Cause No. 3:12-cv-532-JVB-CAN* against the City of South Bend and against Darryl Boykins in his Official Capacity, with prejudice, each party to bear its own costs. Accordingly, the only remaining claims in

*Cause No. 3:12-cv-532-JVB-CAN* are Plaintiffs' claims against Defendants Karen DePaepe and Scott Duerring.

WHEREFORE, the above parties request an order dismissing with prejudice the claims in *Cause No. 3:12-cv-532-JVB-CAN* against the City of South Bend and against Darryl Boykins in his Official Capacity, and for all other just and proper relief.

Respectfully submitted,

| */s/ Edward A. Sullivan, III* | */s/ Daniel H. Pfeifer* |
|---|---|
| Edward A. Sullivan, III (17577-71)<br>J.P. Hanlon (21230-71)<br>Ryan G. Milligan (28691-71)<br>FAEGRE BAKER DANIELS LLP<br>202 S. Michigan St., Suite 1400<br>South Bend, Indiana 46601<br><br>Aladean DeRose (4495-71)<br>City Attorney<br>227 West Jefferson Blvd., Suite 1400<br>South Bend, Indiana 46601<br>*Counsel for the City of South Bend* | Jeffrey S. McQuary (16791-49)<br>BROWN TOMPKINS LORY &<br>MASTRIAN<br>608 East Market Street<br>Indianapolis, IN  46202<br><br>Daniel H. Pfeifer (5720-71)<br>Jeffrey J. Stesiak (16876-46)<br>PFEIFER MORGAN & STESIAK<br>53600 N. Ironwood Drive<br>South Bend, IN 46635<br>*Counsel for Brian Young, Tim Corbett, Dave Wells, Sandy Young, Steve Richmond* |

*/s/ Thomas M. Dixon*

Thomas M. Dixon (18611-71)
DIXON, WRIGHT & ASSOCIATES, P.C.
55255 Birchwood Court
Osceola, IN 46561
*Counsel for Darryl Boykins*

2

dms.us.53322465.02