UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| CITY OF SOUTH BEND, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No. 3:12-cv-475 |
| HOLDER, et al. | ) ) ) |
| Defendants. | ) |

## KAREN DEPAEPE'S OBJECTION TO DISMISSAL OF THE CITY OF SOUTH BEND AND FOR LEAVE TO AMEND ANSWER TO FILE CROSS CLAIM

Karen DePaepe, by counsel, Marielena Duerring, objects to the dismissal of the City of South Bend and files leave to amend her Answer to add a Cross Claim against the City of South Bend (hereinafter "City") pursuant to Federal Rules of Civil Procedure 13(g) and R. 15(a)(2).

1. DePaepe and the City are co-defendants in the Cause 3:12-CV-532 JVB-CAN, and as such are co-parties as defined in Fed. R. Civ. P. 13(g).

2. DePaepe is seeking to file a cross-claim against the City based upon the claim that if DePaepe is found liable under the allegations of the Plaintiff's Complaint she is entitled to indemnification from the City.

3. DePaepe's cross claim arises out of the transaction or occurrence that is the subject matter of the original action.

4. Permitting DePaepe's cross claim would avoid the initiation of a separate independent action against the City thereby saving this court's time and resources, as well as the parties time and resources, as well as resolving the entire subject matter arising from one set of facts in one action.

1

5. Despite the Stipulation of Dismissal filed by the Plaintiffs and the City, the City remains a party to the consolidated lawsuit case No. 3:12-CV-475. As such, the denial of the Stipulation of Dismissal does not prejudice the City.

6. Permitting DePaepe to amend her Answer to include a cross claim for indemnification will not prejudice the City nor the Plaintiffs given the fact that the discovery in this cause was bifurcated and sufficient time exists to allow the City to fully defend against the cross claim without causing any delay in the resolution of the original claim.

7. DePaepe's proposed Amended Answer adding her cross claim against the City is attached hereto.

WHEREFORE, DePaepe requests this Court deny the Stipulation of Dismissal and grant leave for DePaepe to amend her Answer to add her cross-claim against the City and for all other just and proper relief in the premises.

Respectfully submitted,

/a/Marielena Duerring

Marielena Duerring #19835-71
Attorneys for Scott H. Duerring and Karen DePaepe
DUERRING LAW OFFICES
61191 US 31 South
South Bend, IN 46614
Phone: (574) 968-0250
Fax: (574) 968-1256
Email: attymduerring@aol.com

## **CERTIFICATE OF SERVICE**

/s/ Thomas M. Dixon
Thomas M. Dixon, Esq. (18611-71)
Dixon, Wright & Associates, P.C.
55255 Birchwood Court
Osceola, IN 46561
(574) 315-6455
*Attorney for Darryl Boykins*

/s/ Daniel H. Pfeifer
Daniel H. Pfeifer (5720-71)
Jeffrey J. Stesiak (16876-46)
PFEIFER MORGAN & STESIAK
53600 N. Ironwood Drive
South Bend, IN 46635
(574) 272-2870
*Attorneys for Tim Corbett, Dave Wells, Steve Richmond, Brian Young and Sandy Young*

/s/ Jeffrey S. McQuary
Jeffrey S. McQuary (16791-49)
BROWN TOMPKINS LORY & MASTRIAN
608 East Market Street
Indianapolis, IN 46202
(317) 631-6866
*Attorney for Respondents, Tim Corbett, Steve Richmond, Dave Wells, Brian Young, and Sandy Young*

/s/ E. Spence Walton, Jr.
E. Spence Walton, Jr.
Christopher M. Lerner
Robert J. Palmer
May · Oberfell · Lorber
4100 Edison Lakes Parkway, Suite 100
Mishawaka, IN 46545
(574) 243-4100
*Attorneys for South Bend Common Council*

/s/ Aladean DeRose
Aladean DeRose (4495-71)
City Attorney, South Bend, Indiana
227 W. Jefferson Blvd., Suite 1400
South Bend, IN 46601
(574) 235-9241
*Attorney for City of South Bend*

/s/ Ryan G. Milligan
Ryan G. Milligan (28691-71)
FAEGRE BAKER DANIELS, LLP
202 South Michigan Street, Suite 1400
South Bend, Indiana 46601
(574) 234-4149
*Attorney for City of South Bend*

/s/ Marielena Duerrring
Marielena Duerring (19835-71)
DUERRING LAW OFFICES
61191 US 31 South
South Bend, IN 46614
(574) 968-0250
*Attorney for Scott Duerring and Karen DePaepe*