IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| BRIAN YOUNG, SANDY YOUNG, TIMOTHY CORBETT, DAVID WELLS, and STEVE RICHMOND, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) Cause No. 3:12-cv-475 JVB-CAN |
| THE CITY OF SOUTH BEND Acting through its Police Department, DARRYL BOYKINS, Individually and in his Official Capacity as Chief of Police, KAREN DEPAEPE, and SCOTT DUERRING, | ) ) ) ) ) ) |
| Defendants. | ) |

**ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT**

Plaintiffs have moved pursuant to Fed.R.Civ.P. 15(a) for leave to file their Second Amended Complaint. Having considered the Motion and been advised in the premises, the Court now finds that Plaintiffs' Motion should be and is GRANTED. It is therefore ORDERED that Plaintiffs have leave of this Court to file their proposed Amended Complaint for Damages, Declaratory Judgment, and Permanent Injunction. It is further ordered that the Amended Complaint is DEEMED FILED as of the date of this Order. The time of filing shall relate back to the filing of the original Complaint.

_____         _____
Date                                                    Judge, U.S. District Court

DISTRIBUTION:

| | |
|---|---|
| Aladean M DeRose | aderose@southbendin.gov, cwaugama@southbendin.gov |
| Daniel H Pfeifer | dpfeifer@pilawyers.com, jic@pilawyers.com |
| Jeffrey J Stesiak | jstesiak@pilawyers.com |
| Jeffrey S McQuary | jmcquary@brown-tompkins-lory.com |
| Marielena Duerring | attymduerring@aol.com |
| Thomas M Dixon | tdixon3902@comcast.net |