IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| BRIAN YOUNG, SANDY YOUNG, TIMOTHY CORBETT, DAVID WELLS, and STEVE RICHMOND, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) Cause No. 3:12-cv-475 JVB-CAN |
| THE CITY OF SOUTH BEND Acting through its Police Department, DARRYL BOYKINS, Individually and in his Official Capacity as Chief of Police, KAREN DEPAEPE, and SCOTT DUERRING, | ) ) ) ) ) ) ) |
| Defendants. | ) |

**PLAINTIFFS' DESIGNATION OF EVIDENCE**

Plaintiffs Brian Young, Sandy Young, Timothy Corbett, David Wells, and Steve Richmond, by counsel, respectfully designate the following evidence in opposition to the separate but similar Motions for Summary Judgment filed by Karen DePaepe and Scott Duerring and the South Bend Common Council:

1. Deposition of Karen DePaepe

2. Deposition of Darryl Boykins

3. Deposition of Steve Richmond

4. Deposition of Thomas Fautz

5. City of South Bend's Answers to Plaintiffs' Interrogatories

6. Declaration of David Wells, including video broadcasts from ABC 57 dated May 2, 2012 and May 3, 2012

Respectfully submitted,

/s/ Jeffrey S. McQuary, 16791-49
BROWN TOMPKINS LORY
608 E. Market Street
Indianapolis, IN 46202
317/631-6866
jmcquary@btlmlaw.com

One of Plaintiffs' Attorneys

CERTIFICATE OF SERVICE

I certify that the foregoing was filed on January 27, 2014 using the Court's CM/ECF system and is available to all counsel of record using the same.

/s/ Jeffrey S. McQuary, 16791-49

BROWN TOMPKINS LORY
608 East Market Street
Indianapolis, IN 46202
Telephone: (317) 631-6866
Facsimile: (317) 685-2329
jmcquary@btlmlaw.com