```
BRIAN YOUNG, SANDY YOUNG,            )
  IMOTHY CORBETT, DAVID WELLS,       )
and STEVE RICHMOND,                  )
                                     )
              Plaintiffs,            )
                                     )
      v.                             )
                                     ) Cause No. 3:12-cv-475 JVB-CAN
THE CITY OF SOUTH BEND Acting        )
through its Police Department, DARRYL)
BOYKINS, Individually and in his Official )
Capacity as Chief of Police, KAREN   )
DEPAEPE, and SCOTT DUERRING,         )
                                     )
              Defendants.            )
```

## DECLARATION OF DAVID WELLS

David Wells deposes and says:

1. My name is David Wells. I am over the age of eighteen and reside in St. Joseph's County, Indiana.

2. I am a Plaintiff in the above-captioned litigation.

3. I am an officer of the South Bend Police Department ("SBPD") and in the course of my employment I became familiar with Karen DePaepe, who once served as SPBD's Director of Communications.

4. After DePaepe was fired from her job at SBPD she and her attorney, Scott Duerring, gave numerous interviews to newspapers and television stations in

followed the news with great interest and watched many of these television interviews when they were first broadcast.

6. In an interview with the television station ABC 57 in South Bend broadcast on May 2, 2012 she told a reporter that in the recorded telephone conversations police officers made derogatory comments about Mayor Buttigieg and racial slurs regarding former Chief of Police Darryl Boykins.

7. The video of that broadcast is stored on the ABC 57 web site and may be accessed through the following link: http://www.abc57.com/home/top-stories/Derogatory-comments-made-about-Boykins-and-Buttigieg-on-recordings-149924135.html

8. In an interview with television station ABC 57 in South Bend broadcast on May 3, 2012 she told a reporter that she heard rumors that police officers engaged in illegal conduct and that she listened to officers' recorded conversations in order to determine whether the rumors were true.

9. The video of that broadcast is stored on the ABC 57 web site and may be accessed through the following link: http://www.abc57.com/home/top-stories/DePaepe-Its-even-more-serious-I-think-you-need-to-deal-with-this-150088835.html

Further Declarent sayeth not.

**I swear that the foregoing statements are true.**

_David Wells_ (signature)
David Wells