UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| CITY OF SOUTH BEND,<br>       Plaintiff,<br>  vs<br><br>SOUTH BEND COMMON COUNCIL, TIM CORBETT, DAVE WELLS, STEVE RICHMOND, BRIAN YOUNG, and SANDY YOUNG,<br>       Defendants.<br>------------------------------------<br>BRIAN YOUNG, SANDY YOUNG, TIMOTHY CORBETT, DAVID WELLS, and STEVE RICHMOND,<br>       Plaintiffs,<br>  vs<br><br>THE CITY OF SOUTH BEND Acting through its Police Department, DARRYL BOYKINS, Individually and in his Official Capacity as Chief of Police, KAREN DePAEPE, and SCOTT DUERRING,<br>       Defendants.<br>------------------------------------ | Case No.<br>3:12-CV-475 |

The Videotaped Deposition of DIANA SCOTT

Date:     Thursday, June 20, 2013
Time:     10:11 a.m.
Place:    Pfeifer, Morgan & Stesiak
           53600 North Ironwood Drive
           South Bend, Indiana 46635

Called as a witness by the Defendants/Plaintiffs in accordance with the Federal Rules of Civil Procedure for the United States District Court, Northern District of Indiana, South Bend Division, pursuant to Notice.

Reported by
Angela J. Galipeau, RPR, CSR
Notary Public, State of Indiana

MIDWEST REPORTING, INC.
1448 Lincolnway East
South Bend, Indiana 46613
(574) 288-4242

Exhibit M

```
 1    APPEARANCES:

 2       MR. EDWARD A. SULLIVAN, III
             Faegre Baker Daniels, LLP
 3           1400 Key Bank Building
             202 South Michigan Street
 4           South Bend, Indiana 46601
             (574) 239-1930
 5           edward.sullivan@faegreBD.com

 6       MS. ALADEAN M. DEROSE
             City Attorney
 7           227 West Jefferson Boulevard, Suite 1400
             South Bend, Indiana 46601
 8           (574) 234-5091

 9           For the Plaintiff/Defendants, The City of South
             Bend;
10
         MR. DANIEL H. PFEIFER
11           Pfeifer, Morgan & Stesiak
             53600 North Ironwood Drive
12           South Bend, Indiana 46635
             (574) 272-2870
13
             For the Defendants/Plaintiffs, Tim Corbett, Dave
14           Wells, Steve Richmond, Brian Young, and Sandy
             Young;
15
         MR. E. SPENCER WALTON, JR.
16           May Oberfell Lorber
             4100 Edison Lakes Parkway
17           Mishawaka, Indiana 46545
             (574) 243-4100
18           ewalton@maylorber.com

19           For the Defendant, South Bend Common Council;

20

21

22

23

24

25
```

```
 1     MR. THOMAS M. DIXON
            Dixon, Wright & Associates, P.C.
 2          55255 Birchwood Court
            Osceola, Indiana 46561
 3          (574) 315-6455

 4          For the Defendant, Darryl Boykins;

 5     MS. MARIELENA DUERRING
            Duerring Law Offices
 6          61191 U.S. 31 South
            South Bend, Indiana 46614
 7          (574) 968-0250

 8          For the Defendants, Karen DePaepe and Scott
            Duerring;
 9
       ALSO PRESENT
10          Ms. Laura Switalski, CLVS, Midwest Reporting
            Mr. David Wells
11          Mr. Timothy Corbett.

12                     *      *      *

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                         I N D E X
         THE VIDEOTAPED DEPOSITION OF DIANA SCOTT
2

    DIRECT EXAMINATION
3     By Mr. Pfeifer........................ Page 5

4   CROSS-EXAMINATION
      By Mr. Walton......................... Page 108
5
    REDIRECT EXAMINATION
6     By Ms. Duerring....................... Page 123

7   RECROSS-EXAMINATION
      By Mr. Dixon.......................... Page 130
8
    CROSS-EXAMINATION
9     By Mr. Sullivan....................... Page 131

10  RECROSS-EXAMINATION
      By Mr. Dixon.......................... Page 141
11
    RECROSS-EXAMINATION
12    By Ms. Duerring....................... Page 142
                      *     *     *
13
                      E X H I B I T S
14  NO.      DESCRIPTION                              PAGE
    6        Position Description, Director of
15           Communications                            8

16  6A       Position Description, Communications/
             IDACS Director                            9
17
    14       Letter to Ms. Bruce, 7-21-11             132
18
    15       Screen shot, "Search from"               134
19
    16       Screen shot, date, time, etc.            135
20                    *     *     *

21

22

23

24

25
                    MIDWEST REPORTING, INC.
                    1448 Lincolnway East
                    South Bend, Indiana 46613
                       (574) 288-4242

```
 1   Q.   With the VoIP system, was it possible to record all of the
 2        phone lines at the same time?
 3   A.   With the VoIP system, yes, it would have been.
 4   Q.   Before the VoIP system, was it possible to record all of
 5        the phone lines at the South Bend Police Department at the
 6        same time?
 7   A.   Are you asking me with our current system?
 8   Q.   No.
 9   A.   The voice logger?
10   Q.   I said before the VoIP system.
11              MR. SULLIVAN:  Hold on.  Hold on.  There's a
12        confusion.  The VoIP system is the phones.
13              THE WITNESS:  It's separate than the --
14              MR. SULLIVAN:  Hold on.
15              THE WITNESS:  Sorry.
16              MR. SULLIVAN:  She referred to the logger as the
17        recording.  So I think there may be some confusion
18        that you could clear up.
19   BY MR. PFEIFER:
20   Q.   With the logger that existed before 2012, was it possible
21        to record all of the phone lines going into the South Bend
22        Police Department at the same time?
23   A.   No.
24   Q.   Why not?
25   A.   There's a limit as to the channels.
```

```
 1  Q.  What is the number on that limit?
 2  A.  I'd have to look, but I want to say it's around 40.
 3  Q.  Okay.  I don't need an exact number, an approximate
 4      number, how many phone lines are there at the South Bend
 5      Police Department?
 6  A.  I'd say a hundred.  I have absolutely no idea.
 7  Q.  Okay.  After the October 12th meeting where Phil Trent
 8      left the meeting, went -- your impression, had a
 9      conversation with Brian Young, and then came back to you
10      -- and we've already been through that -- he wanted the
11      recording of that line disconnected yesterday, I think
12      were your words, after that, did you ever have a
13      conversation with Brian Young about his lines being
14      recorded?
15  A.  Yes, I did.
16  Q.  Tell me about those conversations.
17  A.  It was after the phones were switched over to VoIP.
18      Captain Young came to my office, asked if he could speak
19      with me in private and closed the door.  He asked me if
20      his line was currently recorded.  I told him it was not.
21      He said had his line ever been recorded, I told him it
22      had.
23  Q.  When did this conversation take place?
24  A.  It would have had to have been sometime either in January
25      or February of 2012.
```

1      on a regular daily basis as part of your duties, either as
2      assistant or now as director, with the telephone system as
3      opposed to the logger?
4   A. No.
5   Q. Okay.  The October meeting that we talked about was for
6      purposes of a new system of some kind; is that right?
7   A. Correct.
8   Q. A new logging system or a new phone system?
9   A. There was going to be a new recording system for those
10     VoIP phones because the voice logger we possessed did not
11     have the capability to record VoIP.
12  Q. And what is VoIP?
13  A. Voice over Internet protocol.  It's a type of phone line
14     that the sound is transmitted over a computer Internet
15     line.
16  Q. Okay.  All right.
17            MR. SULLIVAN:  Would you mark this?
18            (Exhibit 14 marked for identification.)
19  BY MR. SULLIVAN:
20  Q. Ms. Scott, the court reporter handed to you Exhibit 14,
21     and it is a letter dated July 21st, 2011, from Aladean
22     DeRose to Ms. Nancy Bruce regarding a FOIA request.  And
23     connected to that appears to be a FOIA request, and then
24     also an e-mail to Mr. Bodnar from Nancy Bruce.  Take a few
25     moments and look through that and let me know when you've

1   done that.
2  A. Okay.
3  Q. Okay. Does the request that is discussed in Exhibit 14, a Freedom of Information Act, or sometimes called FOIA request, is that the type of request that you talked about earlier that would be part of the responsibilities of the communications personnel, you and Karen DePaepe, to locate responsive recorded calls?
9  A. Yes.
10 Q. All right. Now, I think if you look at Exhibit 14 on the last page, there's an e-mail which contains specific requests that are enumerated. Do you see the enumerated requests?
14 A. I do.
15 Q. And 3 and 4 ask for a copy or transcript of 911 calls. Do you see that?
17 A. Yes.
18 Q. And then if you look again on the first page of Exhibit 14, the letter appears to be responsive because 3 and 4 say if there was such a 911 call, if such a call was made for 3 and 4. Do you see that?
22 A. Yes.
23 Q. Okay. So, again, it would have been your responsibility if asked by Karen DePaepe while you were the assistant to locate a responsive 911 call if you were asked to by the

146

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| CITY OF SOUTH BEND,<br>    Plaintiff,<br>vs<br>SOUTH BEND COMMON COUNCIL, TIM CORBETT, DAVE WELLS, STEVE RICHMOND, BRIAN YOUNG, and SANDY YOUNG,<br>    Defendants.<br>And related case. | Case No.<br>3:12-CV-475 |

DIANA SCOTT

I hereby acknowledge that I have read the foregoing transcription regarding the case of City of South Bend vs South Bend Common Council, et al., taken Thursday, June 20, 2013, and that the same is a true and correct transcription of the answers given by me to the questions propounded, except for the additions or changes, if any, as noted on the attached errata sheet.

_____
DIANA SCOTT

SUBSCRIBED AND SWORN to before me this _12th_ day of _July_ A.D. _2013_.

_____
Notary Public, State of Indiana
County of Residence: Saint Joseph
My Commission Expires: Nov 8, 2017

ORIGINAL

MIDWEST REPORTING, INC.
1448 Lincolnway East
South Bend, Indiana 46613
(574) 288-4242

1400 COUNTY-CITY BUILDING
227 W. JEFFERSON BOULEVARD
SOUTH BEND, INDIANA 46601-1830



PHONE 574/ 235-9241
FAX 574/ 235-7670

CITY OF SOUTH BEND   STEPHEN J. LUECKE, MAYOR

# DEPARTMENT OF LAW

CHARLES S. LEONE
CITY ATTORNEY

ALADEAN M. DeROSE
CHIEF ASSISTANT CITY ATTORNEY

July 21, 2011

Ms. Nancy L. Bruce
ABC 57 News
53550 Generations Drive
South Bend, IN 56635



Re:   Public Records Request

Dear Ms. Bruce:

     In response to your public records request which was faxed into our office on Wednesday afternoon, I will respond to your five requests in the order you gave them.

     1.   The phrase "any and all public records" does not meet the requirement of specificity set forth in I.C. 5-14-3-3(a)(1). However it is clear that you seek public records involving Officer Newton's disciplinary history, and I.C. 5-14-3-4(b)(8) gives a municipality discretion to withhold most personnel records from disclosure. One exception is the statement concerning any past disciplines sustained that resulted in the employee's discharge, demotion or suspension of more than one day. If there are any such disciplines, we will provide you with a copy of findings by the Board of Public Safety or the Chief's letter of discipline (whichever is applicable). Another exception is to advise you of any formal charges against the employee and there are none against David Newton at this time. If there is something more specific you are interested in, please feel free to resubmit a request.

     2.   The comments above concerning David Newton also apply to Cpl. Nowicki and you will be given those documents that can be disclosed under the restrictions of I.C. 5-14-3-4(b)(8).

     3.   If there was such a 911 call, and it was transcribed, you will be given a copy of the transcription. If the call was made and can be identified without the aid of an approximate date, we can prepare a recording of it for you. The charge for that would be $10.00. If you want such a recording, please call Karen DePaepe at 235-9667 to advise her of this. She will then have a copy made.

     4.   If such a call was made, the remarks concerning the alleged Luann Van Dalsen call would also apply here.

---

THOMAS L. BODNAR     CHERYL A. GREENE     ANN-CAROL NASH
ANDREA L. BRACHKOFSKY     LAWRENCE J. METEIVER     JEFFREY L. SANFORD     JOHN E. BRODEN

Ms. Bruce
Page 2
July 21, 2011

    5.    If there is such a photograph in the possession of the South Bend Police Department, you are entitled to it. The cost for reproduction of that photograph will be determined by method of reproduction (as authorized by 2-210(a)(6) of the South Bend Municipal Code).

    A representative of the South Bend Police Department will be contacting you when all of the documents have been accumulated. If you request either or both recordings from Karen DePaepe, she will contact you when those are ready.

                                      Sincerely,

                                      Aladean M. DeRose
                                      Chief Assistant City Attorney

cc:    Chief Boykins
       Karen DePaepe
       Diane Gish

RECEIVED
JUL 20 2011
CITY OF SOUTHBEND
DEPARTMENT OF LAW

# CITY OF SOUTH BEND – SOUTH BEND POLICE DEPARTMENT
## ACCESS TO PUBLIC RECORDS REQUEST

NAME OF REQUESTING PARTY __ABC 57 News – Nancy L. Bruce__
ADDRESS OF REQUESTING PARTY __53550 Generations Drive, South Bend IN 46635__
PHONE NUMBER __574-344-5089__ DATE OF REQUEST __20 July 2011__ TIME __12:00 pm__
SIGNATURE OF REQUESTING PARTY __Nancy Bruce__

INFORMATION REQUESTED: (Please be specific. Use back of this form if additional space is needed.)

__See attached, please.__

Requesting party requests __X__ to inspect or ____ to buy copies (Check One) of the information being requested.

DEPARTMENT HAVING INFORMATION REQUESTED (If known): ____

**ALL DECISIONS AS TO DISCLOSABILITY MUST BE MADE AND THE REQUESTING PARTY ADVISED OF SAME WITHIN 24 HOURS AFTER THE REQUEST IS RECEIVED.**

## INTER OFFICE USE ONLY

Employee Handling Request: ____
Open Case: Yes ____ No ____ N/A ____

DECISION BY CITY ATTORNEY'S OFFICE:

INFORMATION DISCLOSABLE: __X See attached letter__
INFORMATION NONDISCLOSABLE: __X        "__
ATTORNEY COMMENTS: ____
SIGNATURE OF CITY ATTORNEY: ____
DATE OF DECISION: __July 21, 2011__

Informed Requesting Party that information is:
____ DISCRETIONARY DISCLOSURE           ____ NONDISCLOSABLE

Date: ____                Signature: ____

20 July 2011                                                    Via fax: 574-235-9892

Mr. Thomas L. Bodnar
Assistant City Attorney
City of South Bend
1400 County-City Building
227 W Jefferson Boulevard
South Bend, IN 46601-1830

Dear Mr. Bodnar,

Thank you for your prompt attention to our initial request to Chief Boykins, dated 18 July, 2011. Per your instructions, I am including an Access to Public Records Request, as required by the City of South Bend, accompanied by this letter detailing the nature of our request. This is a request under the Freedom of Information Act.

We request that a copy of the following records be provided to ABC 57 News:

1. Any and all public records pertaining to David Newton, including but not limited to those that address investigation into wrongdoing and/or disciplinary action taken against Mr. Newton.
2. Any and all public records pertaining to Ron Nowicki, including but not limited to those that address investigation into wrongdoing and/or disciplinary action taken against Mr. Nowicki and/or the suspension or termination or resignation of Mr. Nowicki.
3. A copy and/or transcription of the 911 call or complaint from Ms. Luann Van Dalsen, owner of Heavenly Ham, located at 2307 Edison Road in South Bend, regarding objectionable activity involving Mr. Nowicki taking place on the grounds of her business, in which Mr. Nowicki was on duty and engaged in sexual activity.
4. A copy and/or transcription of the 911 call or complaint regarding objectionable activity involving Mr. Nowicki at the location of Wings Etc, located at 2051 East Ireland Road in South Bend, in which Mr. Nowicki was on duty and incapacitated by alcohol.
5. A copy of the photograph that evidences Mr. Nowicki's condition and circumstances at the time that he was discovered at Wings Etc, noted above.

Please supply the requested records in any format available, including but not limited to hard-copy paper, digital recordings and photographs, cell phone pictures and video, dash cam video, 911 audio, and records related to GPS. Disclosure of the requested information to us is likely to contribute significantly to public understanding of the operations or activities of the government and, therefore, is in the public interest.

Thank you for your consideration of this request.

Sincerely,

*Nancy Bruce*
Nancy L. Bruce
ABC 57 News
53550 Generations Drive
South Bend, IN 46635
574-344-5089