## Page 49

1  A. Yes.
2  Q. Now, Brian Young at the time the line was being recorded
3     held what position?
4  A. Captain.
5  Q. He was not the chief of detectives, was he?
6  A. No.
7  Q. You would agree, would you not, that his phone line should
8     not have been recorded?
9  A. No.
10 Q. No, you wouldn't agree with that?
11 A. No. I'm just saying it was for the division chief's phone
12    to be recorded. Division chief phone to be recorded.
13 Q. When you listened --
14    MR. SULLIVAN: I'm confused. I don't know -- can
15    you go back through that?
16 BY MR. PFEIFER:
17 Q. Yeah. When you listened to the phone conversation, you
18    knew that Brian Young was not the division chief?
19 A. Yes.
20 Q. When you listened to the conversation and you knew it was
21    Brian Young and you knew he wasn't the division chief,
22    what, if anything, did you do to stop the recording of his
23    phone line?
24 A. At what time? It changed what we already had set up.
25 Q. Once you listened -- actually, that raises a good

## Page 50

1  question. Let me ask you this: When did you listen to
2  the recorded conversation between Brian Young and Dave
3  Wells?
4  A. It had to be late 2011, like I think sometime in November
5     or December or sometime in that area there.
6  Q. Was it -- excuse me. I interrupted you, and I'm sorry.
7     Were you done?
8  A. No. Go ahead.
9  Q. Okay. Was it during the period of time in between when
10    Mayor Buttigieg was elected, but before he was sworn in?
11 A. I think before he was sworn in, and I can't be sure.
12 Q. But the election had already taken place, and he had been
13    elected mayor?
14 A. Close to it, close to it. I can't be certain of that, the
15    timetable.
16 Q. So at that point in time, when you listened to the
17    recording of the conversation between Brian Young and Dave
18    Wells in the November/December timeframe of 2010 or '11 --
19 A. No.
20 Q. Excuse me, '11?
21 A. No, '11.
22 Q. Okay. You knew at that point in time that Brian Young was
23    not a division chief, and he wasn't the Chief of
24    Detectives, correct?
25 A. Yeah, correct.

## Page 51

1  Q. When you listened to the phone recording, did you reach,
2     in your mind, a conclusion that Brian Young's phone line
3     is being recorded and it shouldn't be recorded?
4  A. No.
5  Q. Should Brian Young's phone line have been recorded?
6  A. If it's in our policy the way we had it set up, no, his
7     line shouldn't have been recorded.
8  Q. Okay.
9  A. I think there was a mixup somewhere in the lines.
10 Q. So what you're saying is there was a mixup somehow
11    somewhere in the lines, and Brian Young's --
12 A. Well, I probably shouldn't --
13    MR. DIXON: Let him finish his question.
14 BY MR. PFEIFER:
15 Q. And Brian Young's phone line should not have been
16    recorded. It was Steve Richmond's phone line that should
17    have been recorded. Is that what you're saying to me?
18 A. I'm saying the division chief phone line, that phone
19    number should have been recording to the division chief.
20    That's where it was set up. That's the way it was set up.
21 Q. Okay. And Steve Richmond was a division chief?
22 A. Yes.
23 Q. So if I understand what you're saying, Brian Young's phone
24    should not have been recorded. Instead, it should have
25    been Steve Richmond's phone recorded?

## Page 52

1  A. Yes.
2  Q. And that's based upon what policy?
3  A. That's where Chief Fautz had set up for the investigative
4     unit, DB.
5  Q. When you realized that Brian Young's phone line was being
6     recorded and it should not have been recorded, what if any
7     steps did you take to tell Karen DePaepe, Gary Horvath, or
8     whoever, hey, stop recording this line, this line should
9     not be recorded?
10 A. No, I didn't do that.
11 Q. You took no steps?
12 A. No steps on that.
13 Q. Why not?
14 A. Well, not at that time. Why not?
15 Q. Yeah.
16 A. Because really I didn't understand the process of it, the
17    process of it. I knew there was a detective chief's
18    position that we recorded. That came through Chief Fautz.
19    But they had already switched numbers and changed. So I
20    kept it remaining the same as it was, and I didn't change
21    it. No one requested it to be changed.
22 Q. Well, when you realized that Brian Young's phone line was
23    being recorded, did you say to Karen DePaepe, hey, we're
24    recording the wrong phone line here, we're supposed to be
25    recording Steve Richmond's phone line based upon your

Exhibit N