# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| City of South Bend, | |
| Plaintiff, | |
| v. | Civil Case No. 3:12-CV-475 JVB |
| South Bend Common Council; Tim Corbett, Dave Wells; Steve Richmond; Brian Young; and Sandy Young, | |
| Defendants. | |

| | |
|---|---|
| Brian Young; Sandy Young; Timothy Corbett; David Wells; and Steve Richmond; | |
| Plaintiffs, | |
| v. | Civil Case No. 3:12-CV-532 JVB |
| The City of South Bend, acting through its Police Department; Darryl Boykins, Individually and in his official capacity as Chief of Police; Karen Depaepe; Scott Duerring; | |
| Defendants. | |

## ORDER

Plaintiffs in Case No. 3:12-CV-532 JVB and Defendant Darryll Boykins jointly moved to dismiss Mr. Boykins in his individual capacity. No objections have been filed to the motion, and the time for such objections has now passed. Accordingly, the Court grants the motion (DE 88) and dismisses Darryll Boykins in his individual capacity with prejudice.

SO ORDERED on February 10, 2014.

  s/ Joseph S. Van Bokkelen
JOSEPH S. VAN BOKKELEN
UNITED STATES DISTRICT JUDGE