UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| CITY OF SOUTH BEND, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Cause No. 3:12-cv-475 |
| HOLDER, et al. | ) ) ) |
| Defendants. | ) |

**MOTION TO WITHDRAW REQUEST
FOR LEAVE TO AMEND COMPLAINT**

Comes now Defendant, Karen DePaepe, by counsel, and moves this Court to permit her to withdraw her previously filed Motion for Leave to Amend Complaint based upon the following reasons:

1. That the Defendant filed a Motion for Leave to Amend Complaint to add a claim against the co-defendant City of South Bend for indemnification.

2. That Defendant Karen DePaepe has entered into a settlement agreement with the City of South Bend wherein she has settled her claim for wrongful termination and also settled any claims for indemnification against the City.

3. That since the Defendant has settled her claims with the City of South Bend, there is no further need to pursue a claim for indemnification in this matter.

1

WHEREFORE, the defendant requests that she be permitted to withdraw her Motion for Leave to Amend her previously filed Complaint.

Respectfully submitted,

*/s/Marielena Duerring*
Marielena Duerring #19835-71
Attorneys for Scott H. Duerring and Karen DePaepe
DUERRING LAW OFFICES
61191 US 31 South
South Bend, IN 46614
Phone: (574) 968-0250
Fax: (574) 968-1256
Email: attymduerring@aol.com

## CERTIFICATE OF SERVICE

I certify a copy of the foregoing was served upon all attorneys of record via the Court's ECF system on February 26, 2014.

/s/Marielena Duerring
Marielena Duerring #19835-71