UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| CITY OF SOUTH BEND, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| SOUTH BEND COMMON COUNCIL, TIM | ) | CASE NO. 3:12-CV-475-JVB-CAN |
| CORBETT, DAVE WELLS, STEVE RICHMOND, | ) | |
| BRIAN YOUNG, AND SANDY YOUNG. | ) | |
| | ) | |
| Respondents. | ) | |

**STIPULATION OF UNDISPUTED FACTS FOR TRIAL**

The parties, the City of South Bend (the "City"), the South Bend Common Council (the "Council"), and Tim Corbett, Dave Wells, Steve Richmond, Brian Young, and Sandy Young (the "532 Plaintiffs"), by counsel, stipulate to the following undisputed facts for the purposes of trial:

1.     The telephone conversations captured by the Police Department's DIR recording system and subsequently reduced to five audio cassette tapes by Karen DePaepe occurred on the following dates:

 a.  February 4, 2011

 b.  April 5, 2011

 c.  June 3, 2011

 d.  June 6, 2011

 e.  June 16, 2011

 f.  June 27, 2011

      g.  July 14, 2011

      h.  July 15, 2011

Respectfully Submitted,

s/Edward A. Sullivan
Edward A. Sullivan, III (17577-71)
Ryan G. Milligan (28691-71)
J.P. Hanlon (21230-71)
FAEGRE BAKER DANIELS LLP
202 S. Michigan St., Suite 1400
South Bend, Indiana 46601
edward.sullivan@faegrebd.com
ryan.milligan@faegrebd.com
jphanlon@faegrebd.com
*Counsel for City of South Bend*

s/Robert J. Palmer
Robert J. Palmer (6316-71)
E. Spencer Walton (1000-71)
Christopher M. Lerner (25336-64)
MAY · OBERFELL · LORBER
4100 Edison Lakes Parkway, Suite 100
Mishawaka, IN  46545
rpalmer@maylorber.com
ewalton@maylorber.com
Clerner@maylorber.com
*Counsel for South Bend Common Council*

s/Daniel H. Pfeifer
Daniel H. Pfeifer (5720-71)
Jeffrey J. Stesiak (16876-46)
PFEIFER MORGAN & STESIAK
53600 N. Ironwood Drive
South Bend, IN  46635
dpfeifer@pilawyers.com
jstesiak@pilawyers.com
*Counsel for 532 Plaintiffs*

2