UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| CITY OF SOUTH BEND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 3:12-cv-475 |
| | ) | |
| SOUTH BEND COMMON COUNCIL, *ET AL.*, | ) | |
| | ) | |
| Defendants. | ) | |

****************************************************************

| | | |
|---|---|---|
| BRIAN YOUNG, SANDY YOUNG TIMOTHY CORBETT, DAVID WELLS, And STEVE RICHMOND | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Consolidated Cause No. 3:12-cv-532 JVB-CAN |
| THE CITY OF SOUTH BEND, Acting Through its Police Department, DARRYL BOYKINS, Individually and in his Official Capacity as Chief of Police, KAREN DEPAEPE, and SCOTT DUERRING, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by their respective counsel, agree and stipulate to the dismissal of this cause of action, with prejudice, for the reason that the matters in controversy have been fully settled.

Dated: August 10, 2014.

*/s/ Daniel Pfeifer*
Daniel Pfeifer #5720-71
Attorney for Plaintiffs
Pfeifer Morgan & Stesiak
53600 N. Ironwood Drive
South Bend, IN 46635
Telephone: (574) 272-2870

Dated: August 15, 2014

_____
Marielena Duerring #19835-71
Attorney for Defendants
Duerring Law Offices
61191 US 31 South
South Bend, IN 46614
Telephone: (574) 968-0250