UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| CITY OF SOUTH BEND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SOUTH BEND COMMON COUNCIL, | ) | CAUSE NO.  3:12-CV-475 |
| TIM CORBETT, DAVE WELLS, | ) | |
| STEVE RICHMOND, BRIAN YOUNG, | ) | |
| and SANDY YOUNG | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| BRIAN YOUNG, SANDY YOUNG, | ) |
| TIMOTHY CORBETT, DAVID WELLS, | ) |
| and STEVE RICHMOND, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| THE CITY OF SOUTH BEND Acting | ) |
| through its Police Department, DARRYL | ) |
| BOYKINS, Individually and in his Official | ) |
| Capacity as Chief of Police, KAREN | ) |
| DEPAEPE, and SCOTT DUERRING, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF APPEAL**

Notice is hereby given that Tim Corbett, Dave Wells, Steve Richmond, Brian Young and Sandy Young, Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit the Memorandum of Decision and Order entered in this action on January 14, 2015, the Order entered in this action on September 15, 2015 pertaining to Plaintiff's Request for Modification of the January 14, 2015 Final Judgment and the Opinion and

Order entered in this action on September 28, 2015 pertaining to the Plaintiff's Motion for Attorney Fees.

Dated: October 13, 2015 /s/ Daniel H. Pfeifer
Daniel H. Pfeifer (5720-71)
PFEIFER MORGAN & STESIAK
53600 North Ironwood Drive
South Bend, IN  46635
Telephone: (574) 272-2870
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 13th day of October, 2015, a true and complete copy of the above and foregoing pleading or paper was made upon each party or attorney of record herein by using the Court's CM/ECF system.

/s/ Daniel H. Pfeifer
Daniel H. Pfeifer