UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| CITY OF SOUTH BEND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| SOUTH BEND COMMON COUNCIL, | ) | CASE NO. 3:12-CV-475 |
| TIM CORBETT, DAVE WELLS, | ) | |
| STEVE RICHMOND, BRIAN YOUNG, | ) | |
| and SANDY YOUNG | ) | |
| | ) | |
| Defendants. | ) | |

****************************************************************************

| | | |
|---|---|---|
| BRIAN YOUNG, SANDY YOUNG, | ) | |
| TIMOTHY CORBETT, DAVID WELLS, | ) | |
| and STEVE RICHMOND, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | CASE NO. 3:12-CV-532 |
| THE CITY OF SOUTH BEND Acting | ) | |
| through its Police Department, DARRYL | ) | |
| BOYKINS, Individually and in his Official | ) | |
| Capacity as Chief of Police, KAREN | ) | |
| DEPAEPE, and SCOTT DUERRING, | ) | |
| | ) | |
| Defendants. | ) | |

## DOCKETING STATEMENT

Pursuant to United States Court of Appeals for the Seventh Circuit Rule 3(c)(1), Brian Young, Sandy Young, Tim Corbett, Dave Wells and Steve Richmond hereby submit the Docketing Statement:

1. The district court has federal jurisdiction over this case pursuant to 28 U.S.C. § 1331 as well as supplemental jurisdiction pursuant to 28 U.S.C. § 1367.

2. The Seventh Circuit's jurisdiction is based on federal statute. The courts of appeals have jurisdiction of appeals from all final decisions of the district courts pursuant to 28 U.S.C. § 1291. The Seventh Circuit embraces the Northern District of Indiana. 28 U.S.C. § 1294.

(i) The date of entry of the judgment sought to be reviewed is January 14, 2015.

(ii) A Motion to Amend the Judgment was filed on February 5, 2015.

(iii) The Motion to Amend the Judgment was ruled upon on September 15, 2015.

(iv) The filing date of the notice of appeal is October 13, 2015.

(v) This case was tried as a bench trial on August 12, 2014 which resulted in the Court's Memorandum of Decision and Order entered on January 14, 2015.

3. The appeal is from judgment which adjudicated all of the claims with respect to all parties.

/s/ Daniel H. Pfeifer
Daniel H. Pfeifer (5720-71)
Attorney for the Plaintiffs
PFEIFER MORGAN & STESIAK
53600 North Ironwood Drive
South Bend, Indiana 46635
Telephone: (574) 272-2870

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 22nd day of October, 2015, a true and complete copy of the above and foregoing pleading or paper was made upon each party or attorney of record herein by using the Court's CM/ECF system.

/s/ Daniel H. Pfeifer
Daniel H. Pfeifer