Case: 15-3315    Document: 1-3    Filed: 10/19/2015    Pages: 1

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

October 19, 2015

**To:**   Robert N. Trgovich
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 15-3315
>
> Caption:
> CITY OF SOUTH BEND,
> Plaintiff - Appellee
>
> v.
>
> TIM CORBETT, et al.,
> Defendants - Appellants
>
> ---
>
> District Court No: 3:12-cv-00475-JVB-CAN
> District Judge Joseph S. Van Bokkelen
> Clerk/Agency Rep Robert N. Trgovich
>
> Date NOA filed in District Court: 10/13/2015

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)