UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| CITY OF SOUTH BEND | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 3:12-CV-475 |
| | ) | |
| SOUTH BEND COMMONS COUNCIL, TIM CORBETT, DAVE WELLS, STEVE RICHMOND, BRIAN YOUNG and SANDY YOUNG | ) | |
| | ) | |
| Defendants, | ) | |

**********************************************************************

| | |
|---|---|
| BRIAN YOUNG, SANDY YOUNG, TIMOTHY CORBETT, DAVID WELLS, and STEVE RICHMOND | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| THE CITY OF SOUTH BEND, Acting through its Police Department, DARRYL BOYKINS, Individually and in his Official Capacity as Chief of Police, KAREN DEPAEPE, and SCOTT DUERRING, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEAL

Notice is hereby given pursuant to Fed.R.App.P. 4(a)(iii) that the South Bend Common Council, a defendant in the above named case, hereby appeals to the United States Court of Appeals for the 7th Circuit from the Judgment entered on January 14, 2015 and the District Court's Order of September 28, 2015.

/s/ Robert J. Palmer_____
Robert J. Palmer (6316-71)
Attorney for South Bend Common Council

**MAY • OBERFELL • LORBER**

4100 Edison Lakes Parkway, Suite 100
Mishawaka, IN  46545
Phone: (574) 243-4100
Fax: (574) 232-9789
rpalmer@maylorber.com

## CERTIFICATE OF SERVICE

I certify that a copy of the forgoing was served upon all attorneys of record via the Court's ECF system on October 26, 2015

/s/ Robert J. Palmer
Robert J. Palmer (6316-71)