# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**CERTIFIED COPY**
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

## FINAL JUDGMENT

August 1, 2017

Before:   JOEL M. FLAUM, Circuit Judge
          FRANK H. EASTERBROOK, Circuit Judge
          ANN CLAIRE WILLIAMS, Circuit Judge

| Nos. 15-3315 & 15-3385 | CITY OF SOUTH BEND,<br>Plaintiff - appellee<br><br>v.<br><br>SOUTH BEND COMMON COUNCIL,<br>Defendant - Appellee, Cross - Appellant<br><br>v.<br><br>TIM CORBETT, et al.,<br>Defendants - Appellants, Cross - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:12-cv-00475-JVB-CAN<br>Northern District of Indiana, South Bend Division<br>District Judge Joseph S. Van Bokkelen ||

The judgment of the district court is **VACATED**, and the case is **REMANDED** with instructions to dismiss the complaint. The state court now is free to resolve the underlying dispute on its own, without regard to the vacated federal judgment.

The above is in accordance with the decision of this court entered on this date. No costs.

form name: **c7_FinalJudgment**(form ID: **132**)