UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| CITY OF SOUTH BEND, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO.: 3:12-CV-475-JVB-MGG |
| ) | |
| SOUTH BEND COMMON COUNCIL, *et al.*, ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on remand from the Court of Appeals for the Seventh Circuit.

Pursuant to the instructions of the appellate court, the Court hereby **DISMISSES** Plaintiff's Complaint [DE 1]. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

SO ORDERED on November 20, 2019.

s/ Joseph S. Van Bokkelen
JOSEPH S. VAN BOKKELEN, JUDGE
UNITED STATES DISTRICT COURT